# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re TIMOTHY BLUDWORTH. / | No. C 13-2203 NC (PR)<br>**ORDER OF TRANSFER** |

Plaintiff Timothy Bludworth, a state prisoner currently incarcerated at the Sierra Conservation Center (SCC) in Jamestown, California, has filed a letter complaining of his treatment by staff at SCC, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, he alleges that he suffers from shoulder pain which is untreated by SCC medical staff.

The acts complained of in his complaint occurred at SCC, which is located in Tuolumne County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: May 15, 2013

NATHANAEL M. COUSINS
United States Magistrate Judge

C:\Users\harrelll\AppData\Local\Temp\notes1A03DD\Bludworth 12-2203 CR transfer.wpd